# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| In Re: <br>    Matthew Paul Gates <br>    Debra Lynn Gates <br><br>                        Debtor(s) | Case No. <u>12-53837</u> <br><br> Judge: <u>CALDWELL</u> <br><br> Chapter: 13 |

## NOTICE OF CHANGE OF ADDRESS

NAME OF PARTY TO BE CHANGED:    Debtor(s);    Matthew Gates


FORMER ADDRESS:           1390 Fahlander Dr. S
                          Westerville, OH 43082


NEW ADDRESS:              110 Abbeycross Lane
                          Westerville, OH 43082



DATE: Thursday, September 08, 2016        /s/Michael A. Cox
                                          Michael A Cox (0075812)
                                          Attorney for Debtor(s)
                                          Guerrieri Cox & Associates
                                          2500 North High Street, Ste. 100
                                          Columbus, OH 43202
                                          (614) 267-2871

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the above Notice of Change of Address is served via ECF to the Trustee, U.S. Trustee for the above named Debtor(s) upon transmission to the Court on Thursday, September 08, 2016.

                                                                        /s/Michael A. Cox
                                                                        Michael A Cox
                                                                        Attorney for Debtor(s)