**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) ) ) ) | Case No. <u>12-53837</u> |
| Matthew Gates | ) ) ) | |
| Debra Gates | ) ) ) ) ) | Judge: <u>PRESTON</u> |
| Debtors | ) | Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:     Debtors;     Matthew Gates


FORMER ADDRESS:              1391 Fahlander Dr. S.
                             Columbus, OH 43229

NEW ADDRESS:                 7140 Selby Road
                             Lot 119
                             Athens, OH 45701


DATE: Monday, January 30, 2017        */s/ Michael A. Cox*
                                      Michael A. Cox (0075218)
                                      Attorney for Debtor
                                      Guerrieri & Cox
                                      2500 North High Street, Ste. 100
                                      Columbus, OH 43202
                                      (614) 267-2871

**AMENDED CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the Trustee for the above named Debtor upon transmission to the Court.

Creditors/Parties of Interest via electronically:

US Trustee
Edward Henry Cahill on behalf of Creditor US Bank, NA
Mia L Conner on behalf of Creditor JPMorgan Chase Bank, NA
Faye D. English
Brian M Gianangeli on behalf of Creditor Ohio Department of Taxation
Joel K Jensen on behalf of Creditor US Bank, NA

Creditors and parties of interest via regular US mail:

Select Portfolio Servicing, Inc
3815 South West Temple
Salt Lake City, UT 84115

Debra Gates
1391 Fahlander Dr. S.
Columbus OH 43229

Matthew Gates
7140 Selby Road
Lot 119
Athens, OH 45701

*/s/ Michael A. Cox*
Michael A. Cox (0075218)
Attorney for Debtor