UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 12-53837 |
| Matthew Paul Gates | | |
| Debra Lynn Gates, | : | Chapter 13 |
| Debtor(s). | : | Judge Charles M Caldwell |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: July 24, 2017            /s/ Faye D. English
                                Faye D. English (#0075557)
                                Chapter 13 Trustee
                                10 W. Broad Street, Suite 900
                                Columbus, OH 43215
                                614-420-2555 telephone
                                614-420-2550 facsimile
                                faye.english@ch13columbus.com

| Name and Address | Amount |
|---|---|
| Debra Lynn Gates | $1,011.00 |
| 1391 Fahlander Drive South | |
| Columbus, OH 43229 | |